## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT - 1 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| AMMAR AL-BALUCHI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-2083 (PLF) |
| | ) | |
| ROBERT M. GATES, | ) | |
| Secretary of Defense, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

[PROPOSED] ORDER

HAVING CONSIDERED Respondents' Unopposed Motion for Extension of Time to
File Response to Motion for Miscellaneous Relief, it is hereby this 1st day of October, 2009,

**ORDERED** that the Government shall file its response to Attorney Scott L. Fenstermaker's
Motion for Miscellaneous Relief (Dkt. No. 83) on or before October 5, 2009.

PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE